**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00187-CV

————————————

## IN RE JOSEPH MAXIM AND MICHAEL MAXIM, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding arising from a suit affecting the parent-child relationship, relators, the child's paternal grandparents, filed a petition for writ of mandamus challenging the trial court's order granting the child's maternal aunt and

her husband leave to intervene in the pending action.[*] We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack, and Justices Massengale and Huddle.

---

[*] The underlying case is *In the Matter of the Marriage of Nicole Maxim and Victor Maxim and In the Interest of J.M., A Child,* No. 2012-04106, in the 310th District Court of Harris County, Texas, the Honorable Lisa Millard presiding.